**Fill in this information to identify the case:**

Debtor name **Skip Transport, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **21-30552 HLB**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August 18, 2021__    X /s/ Mohit Wadhera
Signature of individual signing on behalf of debtor

**Mohit Wadhera**
Printed name

**Former CTO and Authorized Representative**
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Skip Transport, Inc.**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  **21-30552 HLB**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      **12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................    $      **1,643,643.02**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...................................................................................................    $      **1,643,643.02**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $      **18,424,130.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      **1,302,269.17**

4. **Total liabilities** .............................................................................................................
    Lines 2 + 3a + 3b      $      **19,726,399.17**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 21-30552    Doc# 13    Filed: 08/18/21    Entered: 08/18/21 15:38:51    Page 2 of 34

**Fill in this information to identify the case:**

Debtor name    **Skip Transport, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    **21-30552 HLB**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| **3.** | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Silicon Valley Bank** | **Business Checking** | **7155** | $659.90 |
| **4.** | **Other cash equivalents** *(Identify all)* | | |
| 4.1. | **Stripe.com** | | | $110.00 |

**5.**    **Total of Part 1.**     $769.90
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| **7.** | **Deposits, including security deposits and utility deposits** |
| --- | --- |
| | Description, including name of holder of deposit |
| 7.1. | **Commerical Lease Security Deposit** **Krueger Brothers/Mount George LLC for 535 Alabama St, San Francisco CA** | $195,000.00 |
| 7.2. | **Commerical Lease Security Deposit** **Golden West Hotel, L.P.** | $32,250.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Skip Transport, Inc.**        Case number *(If known)* **21-30552 HLB**

Name

     **308 G Street and 314 G Street, San Diego CA**

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

   8.1.   **Retainer paid to Kong Basile Consulting**        $20,981.25

---

9.    **Total of Part 2.**        | $248,231.25 |

Add lines 7 through 8. Copy the total to line 81.

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **19,000.00**   -   **0.00**   = ....    $19,000.00

           face amount          doubtful or uncollectible accounts

---

12.    **Total of Part 3.**        | $19,000.00 |

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:   Investments

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:    % of ownership | | |
| 15.1.   **Skip Transport, Inc. was assigned private shares in Helbiz, Inc as part of January 2021 asset license agreement.**    0.83 % | | $1,160,000.00 |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |

17.    **Total of Part 4.**        | $1,160,000.00 |

Add lines 14 through 16. Copy the total to line 83.

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Skip Transport, Inc.**        Case number *(If known)* **21-30552 HLB**
Name

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No. Go to Part 7.
   ☐ Yes Fill in the information below.

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No. Go to Part 8.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Desks, Chairs, Work Stations** | **$0.00** | **Recent cost** | **$4,782.14** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office Equipment**<br>**-Camera**<br>**-3D Printer** | **$0.00** | **Recent cost** | **$5,859.73** |
| | **Workshop Equipment**<br>**- Drillpress**<br>**- Toolbox**<br>**- Flammable Cabinets**<br>**- Scooter Dyno**<br>**- Digital Scope**<br>**- Power Supplies**<br>**- Fire Extinguishers**<br><br>**IT Equipment**<br>**- Test phones**<br>**- Laptop computers** | **$0.00** | **N/A** | **$10,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.        **$20,641.87**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

---

**Part 8:**    Machinery, equipment, and vehicles

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Skip Transport, Inc.**      Case number *(if known)* **21-30552 HLB**
Name

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2018 FORD T150**<br>**VIN #25097**<br>**(located in Washington DC, utilized and**<br>**mainted by Helbiz, Inc., lessor is Ford**<br>**Motor Credit)** | **$0.00** | **N/A** | **$0.00** |
| 47.2.   **2018 FORD T150**<br>**VIN #13721**<br>**(located in Washington DC, utilized and**<br>**mainted by Helbiz, Inc., lessor is Ford**<br>**Motor Credit)** | **$0.00** | **N/A** | **$0.00** |
| 47.3.   **2018 FORD T250**<br>**VIN #41200**<br>**(located in Washington DC, utilized and**<br>**mainted by Helbiz, Inc., lessor is Ford**<br>**Motor Credit)** | **$0.00** | | **$0.00** |
| 47.4.   **2018 FORD T250**<br>**VIN #41203**<br>**(located in Washington DC, utilized and**<br>**mainted by Helbiz, Inc., lessor is Ford**<br>**Motor Credit)** | **$0.00** | | **$0.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Inventory/Equipment held at Dependable Storage - San Leandro - 64 S3 Scooters**      **$0.00**      **Unknown**

51.    **Total of Part 8.**                 **$0.00**
Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Skip Transport, Inc.**                                    Case number *(If known)* **21-30552 HLB**
          Name

■ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>**Skip Transport, Inc.'s trademark is being licensed by Helbiz Inc. as part of the January 2021 license agreement**<br><br>**** See Attachment 1 - Part 10, No. 60** | **$0.00** | | **Unknown** |
| 61. **Internet domain names and websites**<br>**Skipscooters.com**<br>**Rideskip.com**<br>**Ridemk.com**<br>**Waybots.com** | **$0.00** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations**<br>**Names and Emails of Customers** | **$0.00** | | **Unknown** |
| 64. **Other intangibles, or intellectual property**<br>**Skip Software Source Code:**<br>**iOS & Android Apps**<br>**Cloud Services**<br>**Data Platform**<br>**Firmware**<br><br>**Skip Hardware Design Files:**<br>**Skip S3 Scooter**<br><br>**Skip E-Bike Prototypes:**<br>**Z1 Bait**<br>**Z1 Powertrain**<br>**Amazon Bait Bike**<br>**Xtracycle**<br>**Radrunner** | **$0.00** | | **Unknown** |
| 65. **Goodwill** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor __**Skip Transport, Inc.**__  Case number *(If known)* __21-30552 HLB__
Name

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No

■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)
**Monthly payments of 39,000 pursuant to the Triple Point Capital License Lease Agreement, paragragh 2.2 from March 21, 2021 through and including December 26, 2021**

195,000.00 - 0.00 =
Total face amount    doubtful or uncollectible amount

$195,000.00

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| Description | Tax year | Value |
|---|---|---|
| Unused Fed NOL | 2017 | $0.00 |
| Unused Fed NOL | 2018 | $0.00 |
| Unused Fed NOL | 2019 | $0.00 |
| Unused CA NOL | 2017 | $0.00 |
| Unused CA NOL | 2018 | $0.00 |
| Unused CA NOL | 2019 | $0.00 |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 6

Debtor  **Skip Transport, Inc.**                                    Case number *(If known)*  **21-30552 HLB**
_____
Name

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**Carve out from payment of lease for closing expenses**                                    **Unknown**

| Nature of claim | **Commerical Lease** |
|---|---|
| Amount requested | **$0.00** |

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                              | **$195,000.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Case: 21-30552   Doc# 13   Filed: 08/18/21   Entered: 08/18/21 15:38:51   Page 9 of 34

Debtor   **Skip Transport, Inc.**                       Case number *(If known)* **21-30552 HLB**
       Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $769.90 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $248,231.25 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $19,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $1,160,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,641.87 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $195,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,643,643.02 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,643,643.02 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy



Skip Transport, Inc.
Patent Status Jul-2021

| Short Code | Docket | Type | Status | Filing Date | Application No. | Publication No. | Patent No. | Next Action | Title | Assignee (US) / Applicant (Foreign) |
|---|---|---|---|---|---|---|---|---|---|---|
| lock-to design | D01 | US | Issued | 28-Aug-2018 | 29/661,458 | | D865,875 | Issued | SCOOTER WITH LOCKING MECHANISM | Skip Transport, Inc. |
| | D01 | CN | Abandoned | 28-Feb-2019 | 2019300819172 | | ZL 2019 3 00819172 | Abandoned | Scooter Stem with Locking Mechanism | Skip Transport, Inc. |
| | D01 | EM | Issued | 19-Feb-2019 | 006260733 | | 006260733 | Issued, Annuity Due: 2024Q1 | SCOOTER WITH LOCKING MECHANISM | Skip Transport, Inc. |
| | D01 | GB | Issued | 19-Feb-2019 | 9006260733 | | 9006260733 | Issued, Annuity Due: 2024Q1 | SCOOTER WITH LOCKING MECHANISM | Skip Transport, Inc. |
| compliance zones | P01 | PRV | Advanced | 13-Jun-2018 | 62/684,658 | | | Advanced | METHOD AND SYSTEM FOR CONTROLLING VEHICLE OPERATION | |
| | P01 | US | Abandoned | 13-Jun-2019 | 16/440,667 | US-2019-0383627-A1 | | Abandoned | SYSTEM AND METHOD FOR VEHICLE OPERATION CONTROL | Skip Transport, Inc. |
| | P01 | PCT | Abandoned | 13-Jun-2019 | PCT/US19/37064 | WO 2019/241565 | | Abandoned | SYSTEM AND METHOD FOR VEHICLE OPERATION CONTROL | |
| locator + find my skip | P02 | PRV | Advanced | 18-Jun-2018 | 62/686,175 | | | Advanced | METHOD AND SYSTEM FOR VEHICLE LOCATION | |
| | P02 | US | Issued | 18-Jun-2019 | 16/444,422 | US-2019-0385452-A1 | 10,553,113 | Issued, Maint. Fee Due: 2023Q3 | METHOD AND SYSTEM FOR VEHICLE LOCATION | Skip Transport, Inc. |
| | P02 | US2 | Published | 17-Dec-2019 | 16/718,043 | US-2020-0126418-A 1 | | AMD1 Expected: JAN-2022 | METHOD AND SYSTEM FOR VEHICLE LOCATION | Skip Transport, Inc. |
| | P02 | PCT | Abandoned | 18-Jun-2019 | PCT/US19/37668 | WO 2019/246050 | | Abandoned | METHOD AND SYSTEM FOR VEHICLE LOCATION | |
| lock-to design | P03 | cPRV | Abandoned | 12-Jun-2018 | 62/683,846 | | | Abandoned | LOCKING MECHANISM | |
| vehicle state prediction | P05 | PRV | Abandoned | 1-Aug-2019 | 62/881,747 | | | Abandoned | SYSTEM AND METHOD FOR DETERMINING VEHICLE STATE | |
| MK4 lock to | P06 | cPRV | Abandoned | 19-Jul-2019 | 62/876,235 | | | Abandoned | LOCK MECHANISM | |
| | P06 | PRV | Abandoned | 19-Sep-2019 | 62/902,793 | | | Abandoned | WIRELESS LOCK SYSTEM AND METHOD OF OPERATION | |
| SIDRR | P07 | cPRV | Abandoned | 27-Nov-2019 | 62/941,024 | | | Abandoned | VEHICLE MONITORING SYSTEM AND METHOD | |
| | P07 | PRV2 | Abandoned | 28-Feb-2020 | 62/983,424 | | | Abandoned | SYSTEM AND METHOD FOR MANAGING VEHICLE OPERATION | |
| Rider edu | P08 | PRV | Abandoned | 28-Feb-2020 | 62/983,436 | | | Abandoned | SYSTEM AND METHOD FOR MANAGING VEHICLE OPERATION | |
| ebike throttle & brake mapping | P09 | PRV | Pending | 4-Mar-2021 | 63/156,820 | | | File APP: MAR-2022 | SYSTEM AND METHOD FOR ELECTRIC VEHICLE PROPULSION AND BRAKING | |
| antitheft | P10 | PRV | Pending | 4-Mar-2021 | 63/156,809 | | | File APP: MAR-2022 | VEHICULAR ANTI-THEFT SYSTEM AND METHOD | |

**Fill in this information to identify the case:**

Debtor name **Skip Transport, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **21-30552 HLB**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| | | |
|---|---|---|
| **2.1** **Triple Point Capital** | Describe debtor's property that is subject to a lien | **$18,424,130.00** / **$75,893,285.02** |
| Creditor's Name | **All personal property of the Debtor** | |
| **2755 Sand Hill Rd. Ste 150** **Menlo Park, CA 94025** | | |
| Creditor's mailing address | Describe the lien | |
| | **Venture Capital Secured Financing UCC1 #2018-7886936** | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| **11/14/2018** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **0101,02,03,04,05** | **As of the petition filing date, the claim is:** | |
| **Do multiple creditors have an interest in the same property?** | Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ☐ Disputed | |

| | | |
|---|---|---|
| 3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | **$18,424,130. 00** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Skip Transport, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **21-30552 HLB**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

**3.**   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Ca Dept. of Tax & Fee Administration** | ☐ Contingent | |
| | **Account Information Group, MIC: 29** | ☐ Unliquidated | |
| | **PO BOX 942879** | ☐ Disputed | |
| | **Sacramento, CA 94279-0029** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **California Franchise Tax Board** | ☐ Contingent | |
| | **Bankruptcy Section, MS A-340** | ☐ Unliquidated | |
| | **PO BOX 2952** | ☐ Disputed | |
| | **Sacramento, CA 95812** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **City & County of San Francisco** | ☐ Contingent | |
| | **Office of the City Attorney** | ☐ Unliquidated | |
| | **FOX PLAZA , 1390 MARKET ST., 6th Floor** | ☐ Disputed | |
| | **San Francisco, CA 94102** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **City & County of San Francisco** | ☐ Contingent | |
| | **Office of the Treasurer & Tax Collector** | ☐ Unliquidated | |
| | **PO BOX 7425** | ☐ Disputed | |
| | **San Francisco, CA 94102** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com 27694 Best Case Bankruptcy

| Debtor | **Skip Transport, Inc.** | Case number (if known) | **21-30552 HLB** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**City of Alexandria**
**Finance Dept., Revenue Admin Division**
**301 King St. Room 1700**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**City of Alexandria**
**Finance Dept., Revenue Admin Division**
**PO BOX 178**
**Alexandria, VA 22313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,540.00** |
|---|---|---|---|

**Cox**
**PO Box 1259**
**Oaks, PA 19456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,322.50** |
|---|---|---|---|

**Dependable Supply Chain Services**
**PO Box 58047**
**Los Angeles, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$463.30** |
|---|---|---|---|

**Electro Rent Corporation**
**PO Box 101476**
**Pasadena, CA 91189-1476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Employment Development Department**
**State of California**
**Bankruptcy Unit - MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Ezra Curry**
**c/o The Law Offices of Terance D. Orme**
**Terance E. Orme**
**2001 Addison St., Ste 300**
**Berkeley, CA 94704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Case no. CGC-20-586365**
**Curry v. Skip Transport, Inc.**
**Superior Court of CA, San Francisco**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Skip Transport, Inc.** | Case number (if known) | **21-30552 HLB** |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,530.93**

**Fenwick & West LLP**
**P.O. BOX 742814**
**Los Angeles, CA 90074-2814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,479.90**

**Ford Credit**
**PO BOX 790072**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lease**
**2018 FORD T150 (VIN #25097)**

Last 4 digits of account number **2781**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,479.90**

**Ford Credit**
**PO BOX 790072**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lease**
**2018 FORD T150 (VIN #13721)**

Last 4 digits of account number **2884**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,984.93**

**Ford Credit**
**PO BOX 790072**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lease**
**2018 FORD T250 (VIN #41200)**

Last 4 digits of account number **5696**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,400.12**

**Ford Credit**
**PO BOX 790072**
**Saint Louis, MO 63179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Lease**
**2018 FORD T250 (VIN #41203)**

Last 4 digits of account number **5833**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**Formant, Inc.**
**1999 Bryant Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Commercial Property Lease**
**1999 Bryant St., San Francisco CA**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$370,867.54**

**Golden West Hotel, L.P.**
**dba Good Steward Management**
**697 Greenfield Drive**
**El Cajon, CA 92021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Commerical Lease**
**308 G Street and 314 G Street, San Diego CA**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Skip Transport, Inc.** | Case number (if known) | **21-30552 HLB** |
| --- | --- | --- | --- |
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gordon-Creed Kelley Holl & Sugerman**
**220 Montgomery St.**
**Suite 2100**
**Atten: J. Michael Matthews**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Government of the Dist. of Columbia**
**Office of the Chief Finance Officer**
**Office of Tax & Revenue**
**1101 4th Street, SW**
**Washington, DC 20024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Internal Revenue Service**
**Special Procedures**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $275,834.00 |

**Krueger Brothers Builders, Inc.**
**c/o Mount George, LLC**
**Attention: Dave Krueger**
**PO BOX 3826**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Commerical Lease**
**501-535 Alabama St. San Francisco CA**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $185.00 |

**Lazos Plumbing**
**PO Box 1069**
**Lemon Grove, CA 91946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Maryland State Department of Assessments**
**301 West Preston St.**
**Baltimore, MD 21201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Orgeon Department of Revenue**
**955 Center St. NE**
**Salem, OR 97301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 21-30552    Doc# 13    Filed: 08/18/21    Entered: 08/18/21 15:38:51    Page 16 of 34

| Debtor | **Skip Transport, Inc.** | Case number (if known) | **21-30552 HLB** |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address
**P.K. Schrieffer LLP**
**100 Barranca Street**
**West Covina, CA 91791**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **$30,134.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address
**SADA Systems, Inc.**
**5250 Lankershim Blvd**
**North Hollywood, CA 91601**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **$103,623.58**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address
**State of Delaware**
**Division of Corporations**
**P. O. Box 5509**
**Binghamton, NY 13902-5509**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address
**State of Georgia**
**Secretary of State, Corporations Div.**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, GA 30334**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address
**Sutherland Global Services Philippines,**
**12th Floor, Philplans Corporate Center,**
**Taguig City, MA 01634**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **$392,368.89**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address
**Thomas Schofield**
**Schneider Wallace Cottrell Konecky Wotky**
**2000 Powell St., Suite 1400**
**Emeryville, CA 94608**

Date(s) debt was incurred  **8/21/2019**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Asserted in Demand & Complaint**
**Case no. RG19032025**
**Superior Court of CA -Alameda**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address
**Torch Leadership Labs, Inc.**
**1890 Bryant Street Suite 202**
**San Francisco, CA 94110**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Skip Transport, Inc.** | Case number (if known) | **21-30552 HLB** |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,033.88** |
|---|---|---|---|

**Twilio Inc**
375 Beale Street
San Francisco, CA 94105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Trade Debt__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,020.20** |
|---|---|---|---|

**Valence Law Group, PC**
P.O. BOX # 178
Lafayette, CA 94549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Legal Fees__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **1975-1999 Bryant Street, LLC**<br>**Robert Kenney, Agent for Service of Proc**<br>**1160 Chess Drive #10**<br>**San Mateo, CA 94404** | Line __3.17__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Gordon-Creed Kelley Holl & Sugerman**<br>**220 Montgomery St.**<br>**Suite 2100**<br>**Atten: J. Michael Matthews**<br>**San Francisco, CA 94104** | Line __3.22__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **Mount George, LLC**<br>**2203 First Avenue**<br>**Napa, CA 94558** | Line __3.22__<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Walsh McKean Furcolo, LLP**<br>**Atten: Regan Furcolo**<br>**550 West C Street**<br>**San Diego, CA 92102** | Line __3.18__<br><br>☐ Not listed. Explain ____ | __ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,302,269.17 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,302,269.17 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Skip Transport, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **21-30552 HLB**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
       (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **2018 FORD T150 (VIN #25097)** |
| State the term remaining | **Terminates 10/3/2021** |
| List the contract number of any government contract | **Ford Credit**<br>**PO BOX 790072**<br>**Saint Louis, MO 63179** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest | **2018 FORD T150 (VIN #13721)** |
| State the term remaining | **Terminates 10/3/2021** |
| List the contract number of any government contract | **Ford Credit**<br>**PO BOX 790072**<br>**Saint Louis, MO 63179** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest | **2018 FORD T250 (VIN #41200)** |
| State the term remaining | **Terminates 11/10/2021** |
| List the contract number of any government contract | **Ford Credit**<br>**PO BOX 790072**<br>**Saint Louis, MO 63179** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest | **2018 FORD T250 (VIN #41203)** |
| State the term remaining | **Terminates 10/12/2021** |
| List the contract number of any government contract | **Ford Credit**<br>**PO BOX 790072**<br>**Saint Louis, MO 63179** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 21-30552   Doc# 13   Filed: 08/18/21   Entered: 08/18/21 15:38:51   Page 19 of 34

| Debtor 1 | **Skip Transport, Inc.** | | Case number *(if known)* | **21-30552 HLB** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease** **1999 Bryant St., San Francisco CA** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Formant, Inc.** **1999 Bryant Street** **San Francisco, CA 94110** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Property Lease** **308 G Street and 314 G Street, San Diego CA** | |
|---|---|---|---|
| | State the term remaining | **Terminates 6/30/2022** | **Golden West Hotel, L.P.** **dba Good Steward Management** **697 Greenfield Drive** **El Cajon, CA 92021** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Property Lease** **535 Alabama Street, San Francisco CA 94110** | |
|---|---|---|---|
| | State the term remaining | **Vacated 4/2021 Due to San Francisco Covid-19 Ordinance** | **Krueger Brothers Builders, Inc.** **c/o Mount George, LLC** **Attention: Dave Krueger** **PO BOX 3826** **Napa, CA 94558** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 21-30552   Doc# 13   Filed: 08/18/21   Entered: 08/18/21 15:38:51   Page 20 of 34

**Fill in this information to identify the case:**

Debtor name **Skip Transport, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) **21-30552 HLB**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |

Case: 21-30552    Doc# 13    Filed: 08/18/21    Entered: 08/18/21 15:38:51    Page 21 of 34

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Skip Transport, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td><strong>21-30552 HLB</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$1,276,575.00** |
| **For year before that:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$7,278,879.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **Credit Card Points Redemption** | **$33,122.41** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **Hellbiz transaction proceeds + monthly** | **$808,000.00** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **U.S. Treasury Tariff Refunds** | **$166,619.00** |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | **Sale of Office Furniture** | **$15,000.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | **U.S. Treasury Tariff Refunds** | **$1,075,995.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Skip Transport, Inc.** | | Case number *(if known)* | **21-30552 HLB** |
|---|---|---|---|---|

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | **Austin Sub Lease Income** | **$31,323.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | **SVB Cash Sweep Interest** | **$12,064.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | **Sale of Scooters** | **$8,680.00** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | **SVB Cash Sweep Interest** | **$183,572.00** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | **Sale of Scooters** | **$83,000.00** |

**Part 2:** **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Alliant Insurance Services, Inc.**<br>**Crystal IBC LLC**<br>**P.O. Box 21874**<br>**New York, NY 10087** | **07/26/21** | **$22,336.07** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. | **Fenwick & West, LLP**<br>**P.O. BOX 742814**<br>**Los Angeles, CA 90047** | **26,208.87**<br>**06/18/21**<br>**2,597.67**<br>**06/08/21**<br>**8,154.30**<br>**05/11/21** | **$36,960.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **First Insurance Funding**<br>**450 Skokie Blvd, Ste 1000**<br>**Northbrook, IL 60062** | **5,541.85**<br>**07/27/21**<br>**3,827.82**<br>**07/19/21**<br>**1,867.23**<br>**06/08/21** | **$11,236.90** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **Formant, Inc.**<br>**1999 Bryant Street**<br>**San Francisco, CA 94110** | **6,000.00**<br>**07/06/21**<br>**6,000.00**<br>**07/06/21**<br>**6,000.00**<br>**05/26/21** | **$18,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___**Commerical Lease** |

Debtor   **Skip Transport, Inc.**                      Case number *(if known)*  **21-30552 HLB**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.5. | **JSD Management**<br>**1283 College Park Drive**<br>**Dover, DE 19904** | **4,168.27**<br>**05/11/21**<br>**2,665.73**<br>**05/11/21** | **$6,834.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. | **Kong Basile Consulting, LLC**<br>**201 Spear St., Suite 1100**<br>**San Francisco, CA 94105** | **1,615.00**<br>**07/27/21**<br>**912.5**<br>**07/06/21**<br>**4,991.25**<br>**06/18/21**<br>**4,287.50**<br>**06/11/21**<br>**5,367.50**<br>**06/08/21**<br>**5,583.75**<br>**05/21/21**<br>**4,130.00**<br>**05/19/21**<br>**6,622.50**<br>**05/11/21** | **$33,510.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | **SADA Systems**<br>**5250 Lankershim Blvd., Suite #620**<br>**North Hollywood, CA 91601** | **3,290.58**<br>**06/22/21**<br>**3,270.48**<br>**05/21/21**<br>**6,566.39**<br>**05/19/21** | **$13,127.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. | **Schox PC**<br>**501 3rd Street, Suite 300**<br>**San Francisco, CA 94107** | **5/26/21** | **$16,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9. | **Sedgwick Claims MGT SVCS**<br>**8 Storehouse Ln.**<br>**Destrehan, LA 70047** | **7,797.60**<br>**06/11/21**<br>**44,987.27**<br>**04/12/21** | **$52,784.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. | **Sussman & Frankel, LLP**<br>**805 Third Avenue**<br>**Crystal Pavillion**<br>**New York, NY 10022** | **6/11/21** | **$6,750.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.11. | **York**<br>**PO Box 784516**<br>**Philadelphia, PA 19178** | **6/11/21** | **$9,694.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Skip Transport, Inc.**                                   Case number *(if known)* **21-30552 HLB**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.12. | **Triple Point Capital**<br>**2755 Sand Hill Rd. Ste 150**<br>**Menlo Park, CA 94025** | 8/2/2021 | $112,266.78 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | **OUM & Co. LLP**<br>**601 California Street**<br>**Suite 1800**<br>**San Francisco, CA 94108** | 7/16/2021<br>$3,000.00<br>7/15/2021<br>$4,250.00 | $7,250.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14. | **Triple Point Capital**<br>**2755 Sand Hill Rd. Ste 150**<br>**Menlo Park, CA 94025** | 5/5/2021<br>$31,200<br>6/2/2021<br>$31,200 | $62,400.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Sanjay Dastoor**<br>**165 Elsie St.**<br>**San Francisco, CA 94110**<br>**CEO** | $6,250<br>Semi-Monthly through 6/30/2021 | $137,500.00 | **Salary** |
| 4.2. | **Mohit Wadhera**<br>**72 Townsend St.**<br>**San Francisco, CA 94107**<br>**CTO** | Semi-Monthly through 7/31/2021 | $150,000.00 | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Case: 21-30552    Doc# 13    Filed: 08/18/21    Entered: 08/18/21 15:38:51    Page 25 of 34

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Schofield v. Skip Transport, Inc.**<br>**RG190032025** | **PAGA** | **Superior Court of CA, County of Alameda**<br>**1225 Fallon Street**<br>**Oakland, CA 94612** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Ezra Curry v. Skip Transport, Inc.**<br>**CGC-20-586365** | **Personal Injury** | **Superior Court of California, SF**<br>**400 McAllister St**<br>**San Francisco, CA 94102** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Case: 21-30552    Doc# 13    Filed: 08/18/21    Entered: 08/18/21 15:38:51    Page 26 of 34

Debtor     **Skip Transport, Inc.**                          Case number *(if known)*  **21-30552 HLB**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Binder & Malter, LLP** **2775 Park Avenue** **Santa Clara, CA 95050** | **Attorney Fees** | **7/19/2021** | **$12,838.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? **Modhi Wadhera personally paid to Binder & Malter, LLP the sum of $12,500 for this Corporate Chapter 7 Bankruptcy and $338 for filing fees.** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **McPherson Scooters, LLC** **2415 Burrland Ln** **The Plains, VA 20198** | **Sale of decommissioned, end-of-life scooters and parts. Debtor had moved to a next gen design and inventory was obsolete.** | **July 15, 2021** | **$2.00** |
| | Relationship to debtor **N/A** | | | |
| 13.2. | **Rob McPherson** **PO BOX 2183** **Middleburg, VA 20118** | **2017 Ford Transit  (VIN #90308)** | **6/30/2021** | **$15,717.75** |
| | Relationship to debtor **Former Employee** | | | |

**Part 7:**  Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

Case: 21-30552   Doc# 13   Filed: 08/18/21   Entered: 08/18/21 15:38:51   Page 27 of 34

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **535 Alabama St.** **San Francisco, CA 94110** | **Aug 2018 - Current (vacated)** |
| 14.2. | **1698 Evans Ave** **San Francisco, CA 94124** | **Oct 2018 to Nov 2019** |
| 14.3. | **1161 Mission St.** **San Francisco, CA 94103** | **April 2018 - Sept 2018** |
| 14.4. | **1990 K Street, NW** **Washington, DC 20006** | **Aug 2018 to Jul 2019** |
| 14.5. | **622 Rhode Island Ave. NE** **Washington, DC 20002** | **March 2018 to August 2018** |
| 14.6. | **2828-A Dorr Ave.** **Fairfax, VA 22031** | **Oct 2019 to Apr 2021** |
| 14.7. | **2830 Dorr Ave.** **Fairfax, VA 22031** | **August 2019 to April 2021** |
| 14.8. | **308 G Street** **San Diego, CA 92101** | **July 2019 - Current (vacated)** |
| 14.9. | **410 Baylor Street** **Austin, TX 78703** | **June 2019 to Oct 2020** |
| 14.10 · | **5214 Burleson Rd.** **Austin, TX 78744** | **July 2018 to July 2019** |
| 14.11 · | **2824 Dorr Ave.** **Fairfax, VA 22031** | **May 2019 to Apr 2021** |

---

**Part 8:**  Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐  No.
    ■  Yes. State the nature of the information collected and retained.

       Names & Email addresses
       Does the debtor have a privacy policy about that information?
       ☐ No
       ☐ Yes

---

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Skip Transport, Inc.** | Case number *(if known)* | **21-30552 HLB** |

**profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401K** | EIN: **82-3430504** |

Has the plan been terminated?
☐ No
☑ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Silicon Valley Bank** **505 Howard Street, 3rd Floor** **San Francisco, CA 94105** | **XXXX-9702** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **7/2021** | **$60,996.83** |
| 18.2. | **Silicon Valley Bank** **505 Howard Street, 3rd Floor** **San Francisco, CA 94105** | **XXXX-8653** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **1/2021** | **$4,015.70** |
| 18.3. | **Silicon Valley Bank** **505 Howard Street, 3rd Floor** **San Francisco, CA 94105** | **XXXX-8115** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other__ | **10/2020** | **$4,896.73** |
| 18.4. | **Silicon Valley Bank** **505 Howard Street, 3rd Floor** **San Francisco, CA 94105** | **XXXX-2915** | ☐ Checking ☐ Savings ☑ Money Market ☐ Brokerage ☐ Other__ | **11/2020** | **$60,000.00** |
| 18.5. | **Silicon Valley Bank** **505 Howard Street, 3rd Floor** **San Francisco, CA 94105** | **XXXX-4925** | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☑ Other  **Cash Sweep Account** | **7/2021** | **$119,270.06** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

   | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
   |---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☐ None

   | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
   |---|---|---|---|
   | **Dependable Storage**<br>**3199 Alvarado St.**<br>**San Leandro, CA 94577** | **Mohit Wadhera**<br>**72 Townsend St.**<br>**San Francisco, CA 94107** | **Test Hardware Storage Unit -**<br>**(64) Skip S3 model sharing**<br>**system scooters** | ☐ No<br>■ Yes |

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

   | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
   |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

   | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
   |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Case: 21-30552    Doc# 13    Filed: 08/18/21    Entered: 08/18/21 15:38:51    Page 30 of
34

☐ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Kong Basile Consulting, LLC**<br>**201 Spear St., Suite 1100**<br>**San Francisco, CA 94105** | **6/2018 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Kong Basile Consulting, LLC**<br>**201 Spear St., Suite 1100**<br>**San Francisco, CA 94105** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Triple Point Capital**<br>**2755 Sand Hill Rd. Ste 150**<br>**Menlo Park, CA 94025** |
| 26d.2.    **Helbiz**<br>**32 Old Slip**<br>**New York, NY 10005** |
| 26d.3.    **Lime**<br>**1 Sansome St.**<br>**San Francisco, CA 94104** |

Case: 21-30552    Doc# 13    Filed: 08/18/21    Entered: 08/18/21 15:38:51    Page 31 of 34

| Debtor | Skip Transport, Inc. | Case number *(if known)* | 21-30552 HLB |
|---|---|---|---|

| Name and address |
|---|
| 26d.4. | **Lyft**<br>185 Berry St. #5000<br>San Francisco, CA 94107 |
| 26d.5. | **Bird Rides, Inc.**<br>2621 Pico Blvd., Unit G<br>Santa Monica, CA 90405 |
| 26d.6. | **Accel**<br>500 University Avenue<br>Palo Alto, CA 94301 |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mohit Wadhera | 72 Townsend St.<br>San Francisco, CA 94107 | CTO and Board Director | ?? |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sanjay Dastoor | 165 Elsie St.<br>San Francisco, CA 94110 | Former CEO | 3/1/2018 -<br>6/30/2021 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Case: 21-30552    Doc# 13    Filed: 08/18/21    Entered: 08/18/21 15:38:51    Page 33 of 34

| **Part 14:** | **Signature and Declaration** |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 18, 2021**

**/s/ Mohit Wadhera**                                              **Mohit Wadhera**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **Former CTO and Authorized**
**Representative**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy